United States Bankruptcy Court
Eastern District of Pennsylvania

IN Re:

Brandon Jurei Allen        Chapter 13

Debtor

FILED
DEC 21 2021

Bankrupcy No 18-16115-AMC

Answer and Objection to Trustee Motion to Dismiss

I object to the Trustee Motion to dismiss. I am $302.50 delinquent and it will be cured by the Motion Date of January 12, 2022 at 10 A.M in front of Judge Chan. I Missed 3 payments because I was sick because of a Medical Issue. All I have to do is pay the $302.50 and File my NO support Oblications and the Bankrupcy will be elsible for a Discharge. It will be cured by 1-12-22

Brandon Allen  12-19-21

United States Bankruptcy Court
Eastern District of Pennsylvania

IN RE:

Branden Jurei Allen

BK NO 16115

Debtor

## Certificate Of Service

I, Branden Allen, do hereby certify that true and correct copies of my answer to the Trustee Motion to DISMISS was sent to the trustee office ON Monday December 20, 2021 by Mail and was also emailed to the Trustee.

ANN Swartz, ESQ
for Scott Waterman ESQ
Standing Chapter 13 Trustee
2901 St. Lawrence

Branden Allen    12.19.21